UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CNX GAS COMPANY, LLC,<br><br>Defendant. | Case No. 1:10-cv-00059 |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND DISTRIBUTION OF CLASS NOTICE

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff and the certified class in the above-referenced action respectfully move for an order preliminarily approving the proposed class settlement, approving the form and manner of the notice to be mailed to the class, and setting a schedule for the consideration of final approval of the proposed settlement. This motion is supported by the accompanying Memorandum in Support of Preliminary Approval of Class Settlement and Distribution of Class Notice, as well as the exhibits thereto.

Respectfully submitted,

Dated: March 7, 2018

LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP

By: */s/ Daniel E. Seltz*
David S. Stellings
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

-1-

| | |
|---|---|
| Larry D. Moffett<br>DANIEL COKER HORTON &<br>   BELL, P.A.<br>265 North Lamar Blvd., Suite R<br>P. O. Box 1396<br>Oxford, MS 38655<br>Telephone:  (662) 232-8979<br>Facsimile:   (662) 232-8940<br>lmoffett@danielcoker.com | Don Barrett<br>David M. McMullan, Jr.<br>Katherine B. Riley<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>P.O. Drawer 927<br>Lexington, MS  39095<br>Telephone:  (662) 834-2488<br>Facsimile:   (662) 834-2628<br>dbarrett@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>kbriley@barrettlawgroup.com |
| Peter G. Glubiak, VSB #31271<br>GLUBIAK LAW OFFICE<br>P.O. Box 27<br>King William, VA 23086<br>Telephone:  (804) 769-1616<br>Facsimile:   (804) 769-1897<br>glubiaklaw@aol.com | Charles F. Barrett, Esq.<br>Neal & Harwell, PLC<br>Suite 2000<br>150 4th Avenue, North<br>Nashville, TN 37219<br>(615) 244-1713<br>cbarrett@nealharwell.com |
| Richard R. Barrett<br>LAW OFFICES OF RICHARD R.<br>BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>Telephone:  (662) 380-5018<br>Facsimile:   (866) 430-5459<br>rrb@rrblawfirm.net | Jackson S. White, Jr., VSB #03677<br>THE WHITE LAW OFFICE<br>P. O. Box 286<br>Abingdon, VA 24212<br>Telephone:  (276) 619-3831<br>Facsimile:   (815) 550-2930<br>jackwhite@whitelawoffice.com |

*Counsel for Plaintiff and Settlement Class*