UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CNX GAS COMPANY, LLC,<br><br>    Defendant/Counterclaimant. | Case No. 1:10-cv-00059 |

## NOTICE

Defendant CNX Gas Company, LLC ("CNX") hereby serves notice that, pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), CNX served notice of the proposed settlement in this action on the appropriate State and Federal officials on March 15, 2018. The notices are attached as Exhibit A. Each notice was accompanied by the documents attached as Exhibit B.

Dated: March 21, 2018

Respectfully submitted,

CNX GAS COMPANY LLC

By Counsel

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No. 38487)
MCGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
P.O. Box 1288
Charlottesville, Virginia 22902
(434) 977-2509 – Telephone
(434) 980-2258 – Facsimile
*jblank@mcguirewoods.com*

*Counsel for CNX Gas Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, a true and correct copy of the foregoing CNX Gas Company, LLC's Notice was served on all counsel of record registered to receive filings via ECF.

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No. 38487)
MCGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
P.O. Box 1288
Charlottesville, Virginia 22902
(434) 977-2509 – Telephone
(434) 980-2258 – Facsimile
*jblank@mcguirewoods.com*

*Counsel for CNX Gas Company, LLC*