UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CNX GAS COMPANY, LLC,<br><br>            Defendant. | Case No. 1:10-cv-00059 |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff, through the undersigned counsel, respectfully moves for final approval of the settlement of this certified class action. This motion is supported by the accompanying Memorandum in Support of Final Approval of Class Settlement, as well as any additional written or oral submissions the Court may require.

Respectfully submitted,

Dated:  May 18, 2018

LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP

By: */s/ Daniel E. Seltz*
David S. Stellings
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

| | |
|---|---|
| Larry D. Moffett<br>DANIEL COKER HORTON &<br>  BELL, P.A.<br>265 North Lamar Blvd., Suite R<br>P. O. Box 1396<br>Oxford, MS 38655<br>Telephone:  (662) 232-8979<br>Facsimile:   (662) 232-8940<br>lmoffett@danielcoker.com | Don Barrett<br>David M. McMullan, Jr.<br>Katherine B. Riley<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>P.O. Drawer 927<br>Lexington, MS  39095<br>Telephone:  (662) 834-2488<br>Facsimile:   (662) 834-2628<br>dbarrett@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>kbriley@barrettlawgroup.com |
| Peter G. Glubiak, VSB #31271<br>GLUBIAK LAW OFFICE<br>P.O. Box 27<br>King William, VA 23086<br>Telephone:  (804) 769-1616<br>Facsimile:   (804) 769-1897<br>glubiaklaw@aol.com | Charles F. Barrett, Esq.<br>Neal & Harwell, PLC<br>Suite 2000<br>150 4th Avenue, North<br>Nashville, TN 37219<br>(615) 244-1713<br>cbarrett@nealharwell.com |
| Richard R. Barrett<br>LAW OFFICES OF RICHARD R.<br>BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>Telephone:  (662) 380-5018<br>Facsimile:   (866) 430-5459<br>rrb@rrblawfirm.net | Jackson S. White, Jr., VSB #03677<br>THE WHITE LAW OFFICE<br>P. O. Box 286<br>Abingdon, VA 24212<br>Telephone:  (276) 619-3831<br>Facsimile:   (815) 550-2930<br>jackwhite@whitelawoffice.com |

*Counsel for Plaintiff and Settlement Class*